FILED
CLERK, U.S. DISTRICT COURT
FEB 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY DALE BYRUM,<br><br>   Plaintiff,<br><br>  v.<br><br>CYNTHIA TAMPKINS, et al.,<br><br>   Defendants. | CASE NO. CV ~~12-8488-DOC(PJW)~~ ED 13-1843<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

  IT IS THEREFORE ORDERED that Defendants Uclaray, Erlendson, and Tampkins' motion to dismiss is granted with prejudice and that Plaintiff be allowed to proceed against the remaining Doe Defendants.

DATED: 2/2/15

                STEPHEN V. WILSON
                UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\BYRUM 1843\Order accepting RR.wpd