UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-1843-SVW-PJW | Date | August 27, 2015 |
|---|---|---|---|

Title   *Harvey Dale Byrum, Jr. v. Cynthia Tampkins, et al.*

Present: The Honorable   Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants |
|---|---|
| N/A | N/A |

**Proceedings:**     Order to Show Cause

On May 13, 2015, the Court issued an order directing Plaintiff to file a First Amended Complaint identifying all Doe Defendants (and setting forth his allegations against them) by no later than August 13, 2015. (Doc. No. 33.) To date, he has not done so.

**No later than September 14, 2015, Plaintiff is ordered to either file a First Amended Complaint or show cause for his failure to do so.** Plaintiff is warned that failure to respond by the deadline may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41.

S:\PJW\Cases-Civil Rights\BYRUM 1843\MO_OSC.wpd

                                                                                    :     00

                                                    Initials of Preparer    sr