JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARVEY DALE BYRUM, | ) | CASE NO. ED CV 13-1843-SVW (PJW) |
| Plaintiff, | ) | J U D G M E N T |
| v. | ) | |
| WARDEN CYNTHIA TAMPKINS, et. al. | ) | |
| Defendants. | ) | |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 8, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\judgment.wpd